

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00317-CV

In the Interest of **X.A.W.**, X.T.W., and X.M.W.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03038
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 30, 2013

AFFIRMED; MOTION TO WITHDRAW GRANTED

This is an accelerated appeal from an order terminating M.W.'s parental rights. M.W.'s court-appointed appellate attorney has filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel has concluded that this appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in appeal from order terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.). In addition, counsel has certified that a copy of the brief was delivered to M.W. and that she was advised of her right to examine the record and to file a pro se brief. M.W. did not file a pro se brief.

After reviewing the record and counsel's brief, we agree that this appeal is frivolous and without merit. Therefore, the order of the trial court is affirmed, and counsel's motion to withdraw is granted.

PER CURIAM